[No. 30886-6-I.    Division One.    January 17, 1995.]

TERESA MARSHALL, *Appellant*, v. KING COUNTY FIRE
PROTECTION DISTRICT NO. 39, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-19366-7, Ann Schindler, J., entered October
12, 1992. *Reversed* and *remanded* by unpublished opinion per
Kennedy, J., concurred in by Grosse, J., Forrest, J. Pro Tem.,
dissenting.

[No. 31958-2-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
W. ZICK, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-1-00555-0, Michael F. Moynihan, J.,
entered November 19, 1992. *Reversed* and *remanded* by un-
published opinion per Kennedy, J., concurred in by Coleman
and Becker, JJ.

[No. 32804-2-I.    Division One.    January 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
FUKUO HURSH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05262-4, Ricardo S. Martinez, J., entered
May 24, 1993. *Affirmed* by unpublished opinion per Webster,
J., concurred in by Pekelis, C.J., and Coleman, J. Now
published at 77 Wn. App. 242.